```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 00852
   FRANK IRVIN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1640


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/01/2006 and was confirmed 03/20/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED           8560.00        927.01        6105.59
AMERICA SERVICING COMPAN  SECURED NOT I   167245.52           .00            .00
SAXON MORTGAGE            CURRENT MORTG        .00            .00            .00
SAXON MORTGAGE            MORTGAGE ARRE    4126.65            .00        4126.65
*AMERICAN GENERAL FINANC  UNSEC W/INTER  NOT FILED           .00            .00
CAPITAL ONE               UNSEC W/INTER     488.85         58.94          89.47
ECAST SETTLEMENT CORP     UNSEC W/INTER    7447.01        895.17        1365.20
DISCOVER FINANCIAL SERVI  UNSEC W/INTER    5395.91        648.62         989.19
FREEDMAN ANSELMO & LINDB  NOTICE ONLY          .00            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     276.90         31.03          44.14
GEMB/WALMART              UNSEC W/INTER  NOT FILED           .00            .00
SCA WINKELMAN             UNSEC W/INTER  NOT FILED           .00            .00
AMERICA SERVICING COMPAN  SECURED NOT I   28181.83            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY     1,800.00                      1,800.00
TOM VAUGHN                TRUSTEE                                       1,054.99
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            18,136.00

PRIORITY                                     .00
SECURED                                10,232.24
    INTEREST                              927.01
UNSECURED                               2,488.00
    INTEREST                            1,633.76
ADMINISTRATIVE                          1,800.00
TRUSTEE COMPENSATION                    1,054.99
DEBTOR REFUND                                .00
                                   ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00852 FRANK IRVIN
```

```
TOTALS                              18,136.00          18,136.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 10/22/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```